Debtor   Lonestar Resources US Inc.      Case number (*if known*) _____
        Name

**Fill in this information to identify the case:**

Debtor Name     Lonestar Resources US Inc.

United States Bankruptcy Court for the:

Southern         District of    Texas
                 (State)

Case number (*If known*): _____    Chapter   11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Lonestar Resources US Inc. |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8  1  –  0  8  7  4  0  3  5 |
|---|---|---|

**4.   Debtor's address**

**Principal place of business**

111 Boland Street, Suite 300

Number    Street

Fort Worth    Texas      76107
City       State       ZIP Code

Tarrant

County

**Mailing address, if different from principal place of business**

Number    Street

City       State       ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City       State       ZIP Code

| 5. | **Debtor's website** (URL) | www.lonestarresources.com |
|---|---|---|

**6.   Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Lonestar Resources US Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐   Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐   Clearing Bank (as defined in 11 U.S.C. § 781 (3)) |
| | | ☒   None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐   Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See https://www.uscourts.gov/four-digit-national-association-naics-codes |
| | | 2   1   1   1 |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐   Chapter 7 |
| | | ☐   Chapter 9 |
| | | ☒   Chapter 11. *Check all that apply:* |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☒   A plan is being filed with this petition. |
| | | ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☒   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐   Chapter 12 |

Debtor     Lonestar Resources US Inc.                                    Case number (*if known*) _____
           Name

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes     District _____  When _____  Case Number _____
                                        MM / DD / YYYY

If more than 2 cases, attach a separate list.

          District _____  When _____  Case Number _____
                                        MM / DD / YYYY

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes     Debtor     See attached Schedule 1          Relationship   See Attached Schedule 1

List all cases. If more than 1, attach a separate list.

          District   Southern District of Texas        When   Contemporaneously
                                                               MM / DD / YYYY

          Case number, if known _____

---

**11.**  **Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number     Street

_____
_____
City            State            ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name   _____

         Phone          _____

---

| Debtor | Lonestar Resources US Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | (on a consolidated basis) | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

---

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | (on a consolidated basis) | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | (on a consolidated basis) | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

WARNING –   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ☒ I have been authorized to file this petition on behalf of the debtor. |
| | | ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/30/2020
                     MM / DD / YYYY

/s/ Frank D. Bracken, III                                    Frank D. Bracken, III

Signature of authorized representative of debtor        Printed name

Title    Chief Executive Officer

| Debtor | Lonestar Resources US Inc. | Case number (*if known*) | |
|--------|---------------------------|---------------------------|---|
| | Name | | |

18.  **Signature of attorney**

/s/ Timothy A. ("Tad") Davidson II

Signature of authorized representative of debtor

Date  09/30/2020

MM/ DD / YYYY

Timothy A. ("Tad") Davidson II

Printed name

Hunton Andrews Kurth LLP

Firm name

600 Travis Street, Suite 4200

Number        Street

| Houston | Texas | 77002 |
|---------|-------|-------|
| City | State | ZIP Code |

| 713-220-4200 | taddavidson@huntonak.com |
|--------------|--------------------------|
| Contact phone | Email address |

| 24012503 | Texas |
|----------|-------|
| Bar number | State |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
--------------------------------------------------------  x
In re:                                                    :  Chapter 11
                                                          :
LONESTAR RESOURCES US INC.,                               :  Case No. 20-[●]
                                                          :
              Debtor.                                     :
                                                          :
                                                          :
--------------------------------------------------------  x
```

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under**
**Chapter 11**

1.   If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-37670

2.   The following financial data is the latest available information and refers to the debtor's condition on <u>August 31, 2020</u>

|   |   |   |
|---|---|---|
| a. | Total assets | <u>$559,954,942.39</u> |
| b. | Total debts (including debts listed in 2.c below) | <u>$626,219,014.52</u> |
| c. | Debt securities held by more than 500 holders | <u>N/A</u> |

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | <u>see comment</u> |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | <u>see comment</u> |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | <u>see comment</u> |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | <u>see comment</u> |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | <u>see comment</u> |

|   |   |   |
|---|---|---|
| d. | Number of shares of preferred stock | <u>104,893 as of 9/29/2020</u> |
| e. | Number of shares of common stock | <u>25,375,314 as of 9/29/2020</u> |

Comments, if any: <u>Debtor does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued and does not believe that any such securities are held by more than 500 holders.</u>

3.   Brief description of debtor's business:   <u>Debtor is an independent oil and natural gas company focused on the exploration, development and production of unconventional oil, natural gas liquids and natural gas in the Eagle Ford Shale play in South Texas.</u>

4.   List of the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: <u>Cede & Co. (90%) and SN</u>

UR Holdings LLC (6%) are the registered holders holding more than 5% of the common stock as of 9/29/2020

Fill in this information to identify the case:

Debtor Name      Lonestar Resources US Inc.

United States Bankruptcy Court for the:

Southern _____ District of   Texas _____

(State)

Case number (*If known*): _____   Chapter   11 _____

☐ Check if this is an amended filing

## **Schedule 1**

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Lonestar Resources US Inc.

| |
|---|
| Lonestar Resources US Inc. |
| Lonestar Resources Intermediate Inc. |
| LNR America Inc. |
| Lonestar Resources America Inc. |
| Amadeus Petroleum Inc. |
| Albany Services, L.L.C. |
| T-N-T Engineering, Inc. |
| Lonestar Resources, Inc. |
| Lonestar Operating, LLC |
| Poplar Energy, LLC |
| Eagleford Gas, LLC |
| Eagleford Gas 2, LLC |
| Eagleford Gas 3, LLC |
| Eagleford Gas 4, LLC |
| Eagleford Gas 5, LLC |
| Eagleford Gas 6, LLC |
| Eagleford Gas 7, LLC |
| Eagleford Gas 8, LLC |
| Eagleford Gas 10, LLC |
| Eagleford Gas 11, LLC |
| Lonestar BR Disposal LLC |
| La Salle Eagle Ford Gathering Line LLC |

*Execution Version*

## RESOLUTIONS ADOPTED BY
## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## LONESTAR RESOURCES US INC.

### September 28, 2020

On this 28th day of September, 2020, the undersigned, being all of the members of the board of directors (the "**Board of Directors**") of Lonestar Resources US Inc., a Delaware corporation (the "**Company**," and, collectively with Lonestar Resources Intermediate Inc., LNR America Inc., Lonestar Resources America Inc., Amadeus Petroleum Inc., Albany Services, L.L.C., T-N-T Engineering, Inc., Lonestar Resources, Inc., Lonestar Operating, LLC, Poplar Energy, LLC, Eagleford Gas, LLC, Eagleford Gas 2, LLC, Eagleford Gas 3, LLC, Eagleford Gas 4, LLC, Eagleford Gas 5, LLC, Eagleford Gas 6, LLC, Eagleford Gas 7, LLC, Eagleford Gas 8, LLC, Eagleford Gas 10, LLC, Eagleford Gas 11, LLC, Lonestar BR Disposal LLC, and La Salle Eagle Ford Gathering Line LLC the "**Companies**"), hereby consent in writing, pursuant to the provisions of applicable law, based on the advice of the Company's professionals and advisors, and after thorough discussions, to taking the following actions and adopting the following resolutions:

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that the Company seek relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each "**Authorized Person**" (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company, to commence a case under chapter 11 of the Bankruptcy Code (the "**Lonestar Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and directed on behalf of the Company, to seek to have its Lonestar Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies under chapter 11 of the Bankruptcy Code (the respective Lonestar Chapter 11 Case, together with such other separate cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to enter into such forbearance agreements, waivers, amendments or modifications, or other supplements relating to

the Company's existing indebtedness as may be deemed necessary or appropriate by such Authorized Person; and it is further

**RESOLVED**, that the Company is authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to enter into and seek authority from the Bankruptcy Court to enter into, modify, amend, and/or assume any restructuring support or similar agreements in connection with the Chapter 11 Cases and to enter into, and/or seek approval of, any agreements, documents or instruments related thereto; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, loan agreements, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Hunton Andrews Kurth LLP to act as attorneys, Rothschild & Co. and Intrepid Financial Partners to act as investment bankers, and AlixPartners, LLP to act as financial advisors for the Company in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

**RESOLVED**, that each Authorized Person shall be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings

related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Frank D. Bracken, III, Chase Booth and Jason Werth; and it is further

**RESOLVED**, that to the extent of any inconsistency between the terms of these Resolutions Adopted by Unanimous Written Consent and the by-laws of the Company (the "**By-Laws**"), the terms of these Resolutions Adopted by Unanimous Written Consent shall control and the By-Laws shall be amended hereby; and it is further

**RESOLVED**, that these Resolutions Adopted by Unanimous Written Consent shall be governed by the laws of the State of Delaware (without regard to conflict of laws principles).

3

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

_____
Henry B. Ellis

Dan Lockwood
Sep 28, 2020 06:38:46

Matt Ockwood
Sep 28, 2020 8:21 AM CDT

Phillip Pace
Phillip Pace
Sep 28, 2020 8:41 AM CDT

Stephen Oglesby
Sep 28, 2020 8:57 AM CDT

Randy Wolsey
Sep 28, 2020 06:34:30

_____
John H. Pinkerton

_____
Frank D. Bracken, III

*[Signature Page to Unanimous Written Consent of the Board*
*of Directors of Lonestar Resources US Inc.]*

*Execution Version*

**Lonestar Resources Intermediate Inc.**
**LNR America Inc.**
**Lonestar Resources America Inc.**
**Amadeus Petroleum Inc.**
**Albany Services, L.L.C.**
**T-N-T Engineering, Inc.**
**Lonestar Resources, Inc.**
**Lonestar Operating, LLC**
**Poplar Energy, LLC**
**Eagleford Gas, LLC**
**Eagleford Gas 2, LLC**
**Eagleford Gas 3, LLC**
**Eagleford Gas 4, LLC**
**Eagleford Gas 5, LLC**
**Eagleford Gas 6, LLC**
**Eagleford Gas 7, LLC**
**Eagleford Gas 8, LLC**
**Eagleford Gas 10, LLC**
**Eagleford Gas 11, LLC**
**Lonestar BR Disposal LLC**
**La Salle Eagle Ford Gathering Line LLC**

**Omnibus Action by Unanimous Written Consent**
**in Lieu of a Meeting**

**September 28, 2020**

The undersigned, constituting all of the members of the board of directors or board of managers or the members, as applicable (the "**Governing Body**"), of each of the entities listed above (each, a "**Company**" and collectively, the "**Companies**"), hereby take the following actions and adopt the following resolutions as the action of the Governing Body by written consent in lieu of a meeting pursuant to applicable law and such Company's bylaws, limited liability company agreement or operating agreement, as applicable, and hereby direct that this written consent be delivered to the Companies for inclusion in their minutes or filing with their corporate records.

**Approval of Bankruptcy Filing**

**WHEREAS**, each Governing Body has reviewed and considered the materials presented by the management and financial and legal advisors of the applicable Company regarding the potential present and future liabilities of each such Company, the strategic alternatives available to it, and the impact of the foregoing on each such Company's business;

**WHEREAS**, each Governing Body has consulted with the management and financial and legal advisors of the applicable Company and has considered fully each of the strategic alternatives available to each such Company; and

**WHEREAS**, each Governing Body has determined that it is desirable and in the best interests of each applicable Company, its creditors and other interested parties, that each such Company seek relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, BE IT RESOLVED**, that each Governing Body hereby approves the commencement of cases under chapter 11 of the Bankruptcy Code by each applicable Company (collectively, the "**Subsidiary Chapter 11 Cases**"); and it is further

**RESOLVED**, that each Company is hereby authorized, and each "**Authorized Person**" (as defined below) shall be, and hereby is, authorized and directed on behalf of each Company, to commence a Subsidiary Chapter 11 Case by executing, verifying and delivering a voluntary petition in the name of the applicable Company under chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that each Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and directed on behalf of each Company, to seek to have its respective Subsidiary Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies and Lonestar Resources US Inc., a Delaware corporation ("**Lonestar**"), under chapter 11 of the Bankruptcy Code (the respective Lonestar Chapter 11 Case, together with such Subsidiary Chapter 11 Cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that each Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of each Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the affairs of the applicable Company; and it is further

**RESOLVED**, that each Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of each Company, to enter into such forbearance agreements, waivers, amendments or modifications, or other supplements relating to applicable Company's existing indebtedness as may be deemed necessary or appropriate by such Authorized Person; and it is further

**RESOLVED**, that each Company is authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of each Company, to the extent applicable, to enter into and seek authority from the Bankruptcy Court to enter into, modify, amend, and/or assume any restructuring support or similar agreements in connection with the Chapter 11 Cases and to enter into, and/or seek approval of, any agreements, documents or instruments related thereto; and it is further

**RESOLVED**, that each Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of each Company, to execute, verify and/or file, or cause to be filed and/or executed or

2

verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, loan agreements, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that each Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of each Company, to employ and retain the law firms of Latham & Watkins LLP and Hunton Andrews Kurth LLP to act as attorneys, Rothschild & Co. and Intrepid Financial Partners to act as investment bankers, and AlixPartners, LLP to act as financial advisors, for each Company in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that each Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of each Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist each Company in carrying out its respective responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

**RESOLVED**, that Amadeus Petroleum Inc., a Texas corporation, and Lonestar Resources, Inc., a Delaware corporation (together, the "**Texas Members**"), becoming a Debtor in Possession (as defined in Texas Business Organizations Code) shall not cause the Texas Members to cease to be the sole member of Albany Services, L.L.C., a Texas limited liability company, Lonestar Operating, LLC, a Texas limited liability company, Poplar Energy, LLC, a Texas limited liability company, Eagleford Gas, LLC, a Texas limited liability company, Eagleford Gas 2, LLC, a Texas limited liability company, Eagleford Gas 3, LLC, a Texas limited liability company, Eagleford Gas 4, LLC, a Texas limited liability company, Eagleford Gas 5, LLC, a Texas limited liability company, Eagleford Gas 6, LLC, a Texas limited liability company, Eagleford Gas 7, LLC, a Texas limited liability company, Eagleford Gas 8, LLC, a Texas limited liability company, Eagleford Gas 10, LLC, a Texas limited liability company, Eagleford Gas 11, LLC, a Texas limited liability company, Boland Building, LLC, a Texas limited liability company, Lonestar BR Disposal LLC, a Texas limited liability company, and La Salle Eagle Ford Gathering Line LLC, a Texas limited liability company (collectively, the "**Texas LLCs**"), as applicable, and upon the Texas Members becoming a Debtor in Possession (as defined in the Texas Business Organizations Code), each of the Texas Members and the Texas LLCs shall each continue without dissolution; and it is further

**General**

**RESOLVED**, that each Authorized Person shall be, and hereby is, authorized, with full power of delegation, in the name and on behalf of each Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to

3

amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of any of the Companies or any of the Professionals in connection with any Chapter 11 Case of the Companies or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the applicable Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Frank D. Bracken, III, Chase Booth and Jason Werth.

Any facsimile or other electronic signature of each Governing Body to this Omnibus Action by Unanimous Written Consent in Lieu of a Meeting shall be fully effective as an original signature hereto.

[*Signature Pages Follow*]

4

**IN WITNESS WHEREOF**, the undersigned has executed this Omnibus Action by Written Consent as of the date first set forth above.

Board of Managers of Lonestar Operating, LLC, a Texas limited liability company:

_____
Frank D. Bracken, III, Chairman

_____
Barry D. Schneider, Vice Chairman

Board of Managers of Eagleford Gas, LLC, a Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Eagleford Gas 2, LLC, a Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Eagleford Gas 3, LLC, a Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

[*Signature Page to Omnibus Action by Written Consent in Lieu of a Meeting*]

Board of Managers of Eagleford Gas 4, LLC, a
Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Eagleford Gas 5, LLC, a
Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Eagleford Gas 6, LLC, a
Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Eagleford Gas 7, LLC, a
Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

*[Signature Page to Omnibus Action by Written Consent in Lieu of a Meeting]*

Board of Managers of Eagleford Gas 8, LLC, a
Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Eagleford Gas 10, LLC,
a Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Lonestar Resources, Inc., a Delaware
corporation, as sole member of:

    Eagleford Gas 11, LLC, a Texas limited
    liability company

By: _____
Name: Frank D. Bracken III
Title: Chief Executive Office

Board of Managers of Lonestar BR Disposal,
LLC, a Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

*[Signature Page to Omnibus Action by Written Consent in Lieu of a Meeting]*

Board of Managers of La Salle Eagle Ford
Gathering Line, LLC, a Texas limited liability
company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Managers of Poplar Energy, LLC, a
Texas limited liability company:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

Board of Directors of T-N-T Engineering, Inc.,
a Texas corporation:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

*[Signature Page to Omnibus Action by Written Consent in Lieu of a Meeting]*

Board of Directors of Lonestar Resources, Inc.,
a Delaware corporation:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

_____
John H. Pinkerton

Board of Directors of Amadeus Petroleum, Inc.,
a Texas corporation:

_____
Frank D. Bracken, III, Chairman

_____
Barry D. Schneider

Amadeus Petroleum, Inc., a Texas corporation,
as sole member of:

    Albany Services, L.L.C., a Texas limited
    liability company

By: _____
Name: Frank D. Bracken III
Title: President

*[Signature Page to Omnibus Action by Written Consent in Lieu of a Meeting]*

Board of Lonestar Resources Intermediate Inc.,
a Delaware corporation:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

_____
John H. Pinkerton

Board of Directors of LNR America Inc., a
Delaware corporation:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

_____
John H. Pinkerton

Board of Directors of Lonestar Resources
America Inc., a Delaware corporation:

_____
Frank D. Bracken, III

_____
Barry D. Schneider

_____
John H. Pinkerton

*[Signature Page to Omnibus Action by Written Consent in Lieu of a Meeting]*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
------------------------------------------------------------- x
In re:                                                       :    Chapter 11
                                                             :
LONESTAR RESOURCES US INC., et al.,¹                         :    Case No. 20-[●]
                                                             :
                 Debtors.                                    :    (Joint Administration Requested)
                                                             :
------------------------------------------------------------- x
```

**CONSOLIDATED LIST OF CREDITORS HOLDING THE**
**THIRTY LARGEST UNSECURED CLAIMS**

Lonestar Resources US Inc. and the entities listed in Schedule 1 to this petition (together, the "**Debtors**") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of creditors holding the thirty largest unsecured claims (the "**Largest Unsecured Creditors List**").

The Largest Unsecured Creditors List is based on the Debtors' books and records as of approximately September 28, 2020, and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Largest Unsecured Creditors List does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31).

The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' rights to contest the validity priority and/or amount of such a claim.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lonestar Resources US Inc. (4035), Lonestar Resources Intermediate Inc. (2449), LNR America Inc. (3936), Lonestar Resources America Inc. (5863), Amadeus Petroleum Inc. (8763), Albany Services, L.L.C. (3185), T-N-T Engineering, Inc. (0348), Lonestar Resources, Inc. (8204), Lonestar Operating, LLC (5228), Poplar Energy, LLC (5718), Eagleford Gas, LLC (5513), Eagleford Gas 2, LLC (0638), Eagleford Gas 3, LLC (3663), Eagleford Gas 4, LLC (8776), Eagleford Gas 5, LLC (5240), Eagleford Gas 6, LLC (4966), Eagleford Gas 7, LLC (3078), Eagleford Gas 8, LLC (7542), Eagleford Gas 10, LLC (2838), Eagleford Gas 11, LLC (5951), Lonestar BR Disposal LLC (0644), and La Salle Eagle Ford Gathering Line LLC (8877).  The Debtors' address is 111 Boland Street, Suite 300, Fort Worth, TX 76107.

Fill in this information to identify the case:

Debtor Name        Lonestar Resources US Inc.

United States Bankruptcy Court for the:

Southern _____   District of   Texas _____
                                                            (State)

Case number (*If known*): _____   Chapter   11 _____

☐ Check if this is an
   amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the thirty (30) largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the thirty (30) largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UMB Bank, N.A. P O Box 414589 Kansas City, MO 641145 89 | 816-391-4100 | 11.250% Senior Unsecured Notes | Unliquidated | | | 271,171,875.00 |
| 2 | PPP Loan U.S. Small Business Administration 409 3rd St, SW Washington, DC 20416 | Phone: 800-827-5722 Email: answerdesk@sba.gov | Debt | | | | 2,156,800.00 |
| 3 | Independence Contract Drilling, Inc 20475 SH 249, Suite 300 Houston, Texas 77070 | 281-598-1230 | Trade Payable | | | | 1,058,501.66 |
| 4 | Kodiak Gas Services, LLC 15320 Hwy 105 W, Ste. 210 Montgomery, TX 77356 | 936-539-3300 ar@kodiakgas.com; Stacie Herlong: stacie.herlong@kodiakgas.com | Trade Payable | | | | 361,050.00 |
| 5 | JACAM 205 S. Broadway Sterling, KS 67579 | Sue Sillin: sue.sillin@jacam.com 620-278-3355x8130; Gina Parker: gina.parker@jacam.com 620-278-3355x8123 | Trade Payable | | | | 263,391.01 |
| 6 | Twilight Services Inc 5401 Old Granbury Rd. Granbury, TX 76049 | Shannon Hager 817-326-4806 shager@twilightservicesinc.com | Trade Payable | | | | 240,611.04 |
| 7 | Stellar Drilling Fluids, LLC 3403 Marquart St. Houston, TX 77027 | 832-726-0006 | Trade Payable | | | | 236,966.29 |
| 8 | OSC Energy, LLC 7426 South Staples Street, Ste #107 Corpus Christi, Texas 78413 | 830-579-4487 Ellie Cavazos - 361-412-7345 | Trade Payable | | | | 226,342.77 |
| 9 | Supreme Production Services, Inc.   5901 State Highway 44 Corpus Christi, Texas 78406 | Yvonne Rosales 361-299-2700 Billing@supremeproduction.net | Trade Payable | | | | 222,032.94 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10  TransTex LLC - Transtex Treating 440 Louisiana St., Suite 700 Houston, TX 77002-1054 | Susan Hinton 713-654-4440 shinton@transtextreating.com | Trade Payable | | | | 213,625.98 |
| 11  Liberty Lift Solutions, LLC 16420 Park Ten Pl #300 Houston, TX 77084 | 713-575-2300 bobby.evans@libertylift.com | Trade Payable | | | | 182,980.23 |
| 12  Trisun Energy Services, LLC 7501 Miller Road 2 Houston, TX 77049 | Lena Fu lena.fu@trisun-energy.com 281-860-0900 info@trisun-energy.com | Trade Payable | | | | 148,602.14 |
| 13  Stallion Oilfield Services 950 Corbindale Rd #400 Houston, TX 77024 | (713) 528-5544 Penny Krier pkrier@sofs.cc 361-894-0923 | Trade Payable | | | | 133,771.84 |
| 14  Wrangler Trucking LLC PO Box 1603 Shiner, TX 77984 | Janice Walleck 361-594-8275 wranglertrucking@gmail.com | Trade Payable | | | | 133,016.04 |
| 15  Pioneer Well Services, LLC - Pioneer Energy Services 1250 NE Loop 410, Suite 1000 San Antonio, TX 78209 | 210-828-7689 | Trade Payable | | | | 129,794.50 |
| 16  5J Oilfield Services, LLC 4090 N. Hwy 79, Palestine, TX 75801 | Lindsey Frye lfrye5JOilfield.net 903-723-0253 info@5jtrucking.net | Trade Payable | | | | 125,735.00 |
| 17  Scientific Drilling International 16701 Greenspoint Park Drive, Suite 200 Houston, TX 77060 | 281-443-3300 | Trade Payable | | | | 125,671.72 |
| 18  Global Vessel and Tank, LLC 117 Liberty Avenue Lafayette, LA 70509 | scamel@globalvessel.com info@globalvessel.com 337-534-8925 | Trade Payable | | | | 103,032.36 |
| 19  JSA Safety & Consulting, Inc. P. O. Box 878Poteet, Texas 78065 | amy@jsa-safety.com stefanie@jsa-safety.com 830-742-2580 | Trade Payable | | | | 94,289.70 |
| 20  US Ecology Energy Waste Disposal   Services, LLC PO BOX 4248 Dept. 6742 Houston, TX 77210-4248 | Crystal Kelly Crystal.Kelly@usecology.com p: (346) 388-3421 | Trade Payable | | | | 91,277.89 |
| 21  New Tech Global Ventures, LLC 1030 Regional Park Dr Houston, TX 77060 | Larry A. Cress, P.E. lcress@ntglobal.com (281) 951-4330 | Trade Payable | | | | 75,484.50 |
| 22  HC Carriers, LLC 4519 San Bernardo Ave Laredo, TX 78041 | Vanessa Laurel: (956) 309-3555, (956) 517-4050 (Office) | Trade Payable | | | | 73,906.00 |
| 23  New Tech Global Environmental, LLC  911 Regional Park Dr Houston, TX 77060 | 281-872-9300 John Wilson jwilson@ntglobal.com 281-682-9761 | Trade Payable | | | | 70,172.32 |
| 24  Schlumberger Technology Corporation 1430 Enclave Parkway, MD750 Houston, TX 77077 | email: billing@slb.com Nashida Subhi (713) 375-3494 | Trade Payable | | | | 69,730.48 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | BJ Services, LLC 11211 FM 2920 Rd. Tomball, Texas 77375 | 281-408-2361 | Trade Payable | | | | 65,410.63 |
| 26 | CB&F Construction LLC 1379 Garden Laurel New Braunfels, TX 78130 | Phone: 830-560-6925 | Trade Payable | | | | 58,945.70 |
| 27 | Innovex Downhole Solutions, Inc. 4310 N Sam Houston Pkwy E, Houston, TX 77032 | Phone: 281-602-7815 sales@innovex-inc.com | Trade Payable | | | | 57,073.29 |
| 28 | CWR Management LLC Clear Water Resources LLC 1619 E. Common Street Suite A101 New Braunfels, TX 78130 | Stacy Castillo: 915-549-0334 Amanda Robinson: arobinson@cw-r.com 830-627-9044 | Trade Payable | | | | 55,813.60 |
| 29 | Warrior Supply, Inc.3107 Houston HwyVictoria, TX 77901 | (361)570-1711 - Billing@warriorsupply.com Elaine Brzozowski: elaine@warriorsupply.com | Trade Payable | | | | 52,645.18 |
| 30 | Ron Bridges Corporation 142 Eldridge Rd, Suite C Sugar Land, TX 77478 | Ron Bridges, 281-201-2877 EXT 5 ronbridgescorp@aol.com | Trade Payable | | | | 51,757.30 |

Fill in this information to identify the case:

Debtor Name      Lonestar Resources US Inc.

United States Bankruptcy Court for the:

Southern               District of    Texas

                                           (State)

Case number (*If known*):                  Chapter    11

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐      *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐      *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐      *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐      *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐      *Schedule H: Codebtors (Official Form 206H)*
- ☐      *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐      *Amended Schedule* _____
- ☒      *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐      *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/30/2020               /s/ Frank D. Bracken, III
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                           Frank D. Bracken, III
                                           Printed name

                                           Chief Executive Officer
                                           Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
-------------------------------------------------------- x
In re:                                             :    Chapter 11
                                                   :
LONESTAR RESOURCES US INC.,                        :    Case No. 20-[●]
                                                   :
            Debtor.                                :
                                                   :
-------------------------------------------------------- x
```

## <u>LIST OF EQUITY HOLDERS</u>

       Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following is a list of registered equity security holders:[1]

| Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Chambers Energy Capital III, LP | 600 Travis Street, Suite 4700 Houston, TX 77002 | 100% of the Series A-1 Preferred Stock |
| Cede & Co | PO Box 20 Bowling Green Stn New York, NY 10274 | 90% of Common Stock |
| SN UR Holdings LLC | c/o Gregory Kopel Legal Department 1000 Main Street Suite 3000 Houston, TX 77002 | 6% of Common Stock |
| Jetx Energy LLC | 9200 E Mineral Ave Suite 200 Centennial, CO 80112 | 2% of Common Stock |

---

[1]     Lonestar Resources US Inc. does not and cannot know the precise holdings or identity of the beneficial holders of its publicly traded common stock. Therefore, Lonestar Resources US Inc. is listing the (i) holders of common equity that hold more than 1% of the common shares and (ii) the preferred equity holder.

**Fill in this information to identify the case:**

Debtor Name     Lonestar Resources US Inc.

United States Bankruptcy Court for the:

Southern        District of    Texas

                                  (State)

Case number (*If known*):                    Chapter    11

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐       *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐       *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐       *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐       *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐       *Schedule H: Codebtors (Official Form 206H)*

☐       *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐       *Amended Schedule* _____

☐       *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒       *Other document that requires a declaration* List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/30/2020
              MM / DD / YYYY

/s/ Frank D. Bracken, III
Signature of individual signing on behalf of debtor

Frank D. Bracken, III
Printed name

Chief Executive Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
LONESTAR RESOURCES US INC.,                             :    Case No. 20-[●]
                                                        :
            Debtor.                                     :
                                                        :
------------------------------------------------------- x
```

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following entities that directly or indirectly own 10% or more of any class of the debtor's equity interests: [1]

| Shareholder | Approximate Percentage of Units Held |
|---|---|
| Chambers Energy Capital III, LP | 100% of the Series A-1 Preferred Stock |
| Cede& Co. | 90% of Common Stock |

---

[1]     Lonestar Resources US Inc. does not and cannot know the precise holdings or identity of the beneficial holders of its publicly traded common stock.  Therefore, Lonestar Resources US Inc. is listing  (i) the registered holders of common equity that hold more than 10% of the common shares and (ii) the preferred equity holder.

Fill in this information to identify the case:

Debtor Name     Lonestar Resources US Inc.

United States Bankruptcy Court for the:

Southern      District of    Texas

(State)

Case number (*If known*):         Chapter    11

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/30/2020           /s/ Frank D. Bracken, III
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                  Frank D. Bracken, III
                                  Printed name

                                  Chief Executive Officer
                                  Position or relationship to debtor