**<u>Exhibit B</u>**

**Miller Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

------------------------------------------------------------ x

In re:                     :     Chapter 11

                       :

LONESTAR RESOURCES US INC., *et al.*,[1]  :     Case No. 20-34805 (DRJ)

                       :

           Debtors.          :     (Jointly Administered)

------------------------------------------------------------ x

## DECLARATION OF R. ADAM MILLER
## IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY
## OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
## ROTHSCHILD & CO US INC. AND INTREPID PARTNERS, LLC AS INVESTMENT
## BANKERS TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), R Adam Miller declares as follows:

1.      I am a Managing Director and Head of Upstream of the investment banking firm Intrepid Partners, LLC ("**Intrepid**"), which is the investment banking subsidiary of Intrepid Financial Partners, L.L.C., and has offices at 1201 Louisiana Street, Suite 600, Houston, TX 77002, and 540 Madison Avenue, 25th Floor, New York, NY 10022.  I am authorized to execute this declaration (this "**Declaration**") on behalf of Intrepid.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.[2]

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lonestar Resources US Inc. (4035), Lonestar Resources Intermediate Inc. (2449), LNR America Inc. (3936), Lonestar Resources America Inc. (5863), Amadeus Petroleum Inc. (8763), Albany Services, L.L.C. (3185), T-N-T Engineering, Inc. (0348), Lonestar Resources, Inc. (8204), Lonestar Operating, LLC (5228), Poplar Energy, LLC (5718), Eagleford Gas, LLC (5513), Eagleford Gas 2, LLC (0638), Eagleford Gas 3, LLC (3663), Eagleford Gas 4, LLC (8776), Eagleford Gas 5, LLC (5240), Eagleford Gas 6, LLC (4966), Eagleford Gas 7, LLC (3078), Eagleford Gas 8, LLC (7542), Eagleford Gas 10, LLC (2838), Eagleford Gas 11, LLC (5951), Lonestar BR Disposal LLC (0644), and La Salle Eagle Ford Gathering Line LLC (8877).  The Debtors' address is 111 Boland Street, Suite 300, Fort Worth, TX 76107.

[2]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Intrepid and are based on information provided by them.

2.     This Declaration is being submitted in connection with the proposed employment and retention of Intrepid as investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") to perform services as set forth in the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Rothschild & Co US Inc. and Intrepid Partners, LLC as Investment Bankers to the Debtors, Effective as of the Petition Date* (the "**Application**").[3]  I submit this Declaration in compliance with sections 105, 327, 328, and 1107(a) of the Bankruptcy Code and to provide the disclosure required under Rules 2014(a), 2016, and 5002 of the Bankruptcy Rules and Rule 2014-1 of the Bankruptcy Local Rules.

## INTREPID'S QUALIFICATIONS

3.     Intrepid has extensive experience and an excellent reputation in providing high-quality financial-advisory and investment-banking services to companies, investors, and other participants in the energy industry.

4.     Intrepid Financial Partners, L.L.C., the parent company of Intrepid and its affiliates, is an independent, energy-focused merchant bank with offices in New York City and Houston.  Intrepid's professionals have extensive experience and an excellent reputation in providing high-quality investment banking services to companies in the energy and power industry.  Intrepid has served as financial and strategic advisor in cases, including: *In re Chesapeake Energy Corp*., No. 20-33233 (DRJ) (Bankr. S.D. Tex Oct. 9, 2020); *In re Chaparral Energy, Inc.*, No. 20-11947 (MFW) (Bankr. D. Del. Aug. 16, 2020); *In re Fieldwood Energy, LLC*, No. 20-33948 (MI) (Bankr. S.D. Tex. Aug. 3, 2020); *In re Rosehill Resources, Inc.*, No.

---

[3]     Any capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Engagement Letter.

20-33695 (Bankr. S.D. Tex. July 26, 2020); *In re EXCO Resources, Inc.*, No. 18-30155 (MI) (Bankr. S.D. Tex. Apr. 19, 2018); *In re Emerald Oil, Inc.*, No. 16-10704 (KG) (Bankr. D. Del. Apr. 26, 2016).  Intrepid's professionals have also provided investment banking services in chapter 11 cases and out-of-court restructurings and recapitalizations, including among others: EV Energy Partners, LP, Goodrich Petroleum Corp., Halcon Resources Corp., Knight Oil Tools, Linn Energy LLC, Quicksilver Resources Inc., and Stone Energy Corp. In addition, the senior professionals of Intrepid have advised energy companies like the Debtors on dozens of M&A, strategic advisory and financing transactions including among others: Buckeye Partners, L.P., affiliates of CNX Midstream LP, Contango Oil & Gas Company, Elite Compression Services, LLC, Energy XXI Gulf Coast, Inc., EnVen Energy Corporation, Extraction Oil & Gas, Inc., Harvest Oil & Gas Corp, NuStar Energy LP, Sanchez Energy Corporation, and Vitesse Energy, LLC.

5.     The resources, capabilities and experience of Intrepid in advising the Debtors as an investment banker are crucial to the success of the Debtors' chapter 11 strategies.  Intrepid's specialized expertise in the oil and gas industry fulfills a critical need that complements the services offered by Rothschild & Co (as well as the Debtors' other professionals).

6.     Intrepid has advised the Company on various financing and strategic transactions dating back to 2016. Further, since its most recent retention in the spring of 2020, Intrepid has provided prepetition services in connection with the Debtors' strategic alternatives process, including:  (a) familiarizing itself with the assets and operations of the Debtors; (b) analyzing the Debtors' liquidity and cash flow projections; (c) examining various potential strategic alternatives; (d) assisting the Debtors in responding to due diligence requests from key creditor constituencies and coordinating such due diligence; (e) negotiating with key creditor

constituencies; and (f) providing additional financial-advisory and investment-banking services in preparation for the filing of the Debtors' Chapter 11 Cases.  In providing these and other prepetition professional services to the Debtors, Intrepid has acquired significant knowledge of the Debtors and their businesses and is intimately familiar with the Debtors' financial affairs, debt and capital structure, assets, business operations, key stakeholders, financing documents, and other related material information.  In providing prepetition services to the Debtors, Intrepid has worked closely with the Debtors' senior management and their other advisors and has familiarity with the other major stakeholders that will be involved in these Chapter 11 Cases. Accordingly, Intrepid is both well-qualified and uniquely able to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

**PROFESSIONAL COMPENSATION**

7.     The terms and conditions of the Engagement Letter were negotiated between the Debtors and Intrepid at arm's length and in good faith and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.  Intrepid anticipates that it will provide a broad range of necessary financial-advisory and investment-banking services in order to advise the Debtors in the course of these Chapter 11 Cases, as set forth in greater detail in the Application and the Engagement Letter.

8.     Intrepid believes that its services will not duplicate the services that other professionals, including Rothschild & Co, intend to provide to the Debtors in connection with these Chapter 11 Cases.  Specifically, Intrepid will carry out unique functions and will coordinate with the Debtors' other retained professionals, including Rothschild & Co, to avoid unnecessary duplication of services.  Furthermore, Intrepid believes that all of the services that it provides to the Debtors will be appropriately directed by the Debtors so as to avoid unnecessary duplicative efforts among professionals retained in this case.

9.      Intrepid believes that the Fee and Expense Structure, as described in more detail in the Application, is both reasonable and market-based.  In fact, Intrepid believes that combined compensation for Rothschild & Co and Intrepid under the Engagement Letter on aggregate is comparable to or below compensation generally charged by investment bankers of similar stature to Rothschild & Co and Intrepid for comparable engagements.

10.     The Fee and Expense Structure also reflects the scope of the extensive mandate that Intrepid expects to undertake in connection with these Chapter 11 Cases and to account for the potential for an unfavorable outcome resulting from factors outside of Intrepid's control.

11.     Intrepid believes that the Fee and Expense Structure reflects a balance between a fixed, monthly fee and a contingency amount, tied to the consummation and closing of the transactions and services contemplated by the Debtors and Intrepid in the Engagement Letter.

12.     To induce Intrepid to represent the Debtors, the Fee and Expense Structure was negotiated to (a) reflect the difficulty of the extensive assignments Intrepid has undertaken and expects to undertake and (b) account for the potential for an unfavorable outcome resulting from factors outside of Intrepid's control.

13.     The Debtors and Intrepid negotiated the Fee and Expense Structure to function as an interrelated, integrated unit, in correspondence with Intrepid's services, which Intrepid renders not in parts, but as a whole.  It would be contrary to the intention of Intrepid and the Debtors for any isolated component of the entire Fee and Expense Structure to be treated as sufficient consideration for any isolated portion of Intrepid's services.  Instead, the Debtors and Intrepid intend that Intrepid's services be considered as a whole that is to be compensated by the Fee and Expense Structure in its entirety.

14.     In conjunction with the Engagement Letter, Intrepid and Rothschild & Co have agreed to split any fees earned pursuant to the Engagement Letter and approved by the Court such that Intrepid will receive 50.0% of the aggregate fees and Rothschild & Co will receive the other 50.0% of the aggregate fees.

15.     Intrepid has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code. No promises have been received by Intrepid as to compensation in connection with these Chapter 11 Cases, other than as set forth in the Engagement Letter.

### INDEMNIFICATION

16.     Intrepid believes that the indemnification provisions contained in Exhibit A to the Engagement Letter, which the Debtors and sophisticated outside counsel negotiated in good faith, are substantially consistent in all material respects with the indemnification provisions contained in Intrepid's standard engagement letter for both in- and out-of-court investment banking services (including sell- and buy-side mergers and acquisitions advisory services). Indemnification provisions materially similar to the indemnification provisions contained in Exhibit A to the Engagement Letter have appeared in substantially all of Intrepid's engagement agreements for in- and out-of-court advisory matters.  Further, to the best of my knowledge, such indemnification provisions are consistent with the marketplace, and courts have routinely approved similar indemnification arrangements as part of Intrepid's retention in other bankruptcy matters.

17.     Intrepid believes that the indemnification provisions contained in Exhibit A to the Engagement Letter are appropriate and reasonable for its engagement as investment banker in these Chapter 11 Cases and, as modified by the proposed order attached to the Application,

reflect the qualifications and limitations on indemnification provisions that are standard and customary in this district and other jurisdictions.

18.     By reason of the foregoing, Intrepid believes the indemnification provisions contained in <u>Exhibit A</u> to the Engagement Letter are reasonable and should be approved pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules and Bankruptcy Local Rules.

## RECORD KEEPING

19.     It is not the general practice of investment banking firms—including Intrepid—to keep detailed time records similar to those customarily kept by attorneys.  Intrepid does not ordinarily maintain contemporaneous time records in tenth-hour increments or provide or conform to a schedule of hourly rates for its professionals.  Intrepid, therefore, respectfully requests a waiver of such requirement under any interim compensation order or U.S. Trustee Guidelines.

20.     Intrepid will submit its own fee application for its respective fees and expenses and, in connection therewith, will also maintain detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services in accordance with past practice.  Intrepid's applications for compensation and expenses will be paid by the Debtors pursuant to the terms of the Engagement Letter, in accordance with any applicable procedures established by the Court.

## INTREPID'S DISINTERESTEDNESS

21.     In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Intrepid undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Intrepid obtained from the Debtors and/or their representatives the names of

individuals and entities that may be parties in interest in these Chapter 11 Cases (collectively, the "**Potential Parties in Interest**"), and such parties are listed on <u>Schedule 1</u> attached hereto.

22.     Intrepid has researched its electronic systems and client databases to determine its connections with the Potential Parties in Interest.  As Intrepid is the only entity being retained by the Debtors (of entities affiliated with Intrepid), we have researched only the electronic client databases of Intrepid, not of all its affiliates, to determine if Intrepid has connections with any Potential Parties in Interest, and Intrepid makes no representation as to the disinterestedness of its affiliates or their respective professionals or employees in respect of the Debtors' Chapter 11 Cases.  To the best of my knowledge and belief, Intrepid has not represented any Potential Parties in Interest in connection with matters relating to the Debtors, their estates, assets, or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these Chapter 11 Cases except as set forth herein and in <u>Schedule 2</u> attached hereto.

23.     To the best of my knowledge, no individual assignment described in Schedule 2 accounts for more than 1.0% of Intrepid's gross revenue during the 12 months prior to the date hereof, other than assignments with affiliates of Chesapeake Operating LLC and EIG Management Company, LLC and/or certain of their affiliates.[4]

24.     During the 90 days immediately preceding the Petition Date, Intrepid received fee payments in connection with its engagement under the Engagement Letter totaling $225,000.00. Other than as set forth herein, Intrepid did not receive any payments from the Debtors during the 90 days immediately preceding the Petition Date

---

[4]     As noted in <u>Schedule 2</u>, Intrepid's services to such entities were and are unrelated to the Debtors.

25.     Within one year prior to the Petition Date, the Debtors paid Intrepid $435,000.00 in fees and $193.20 in expense reimbursements.

26.     As of the Petition Date, the Debtors did not owe Intrepid for any fees or expenses prior to the Petition Date.

27.     Intrepid provides investment banking services to a wide variety of clients.  As a result, Intrepid has represented, and may in the future represent, certain Potential Parties in Interest in matters unrelated to these Chapter 11 Cases, either individually or as part of representation of an ad hoc or official committee of creditors or interest holders.  To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these representations are adverse to the Debtors' interests.

28.     To the best of my knowledge and belief, neither Intrepid nor I, nor any other employee of Intrepid that will provide services to the Debtors in connection with this engagement, has any connection with or holds any interest adverse to the Debtors, their estates, or the Potential Parties in Interest, except (a) as set forth in Schedule 2 and (b) as otherwise set forth below:

(a)     Before the commencement of these cases, Intrepid rendered prepetition services to the Debtors.  As noted above, although Intrepid's records indicate that it is not owed any amounts in respect of prepetition services provided to the Debtors, it is possible that certain expenses that were incurred by Intrepid, and that are reimbursable under the terms of the Engagement Letter, were not yet reflected on Intrepid's books and records as of the Petition Date.  Upon entry of the order approving the Application, Intrepid will waive any claim for such unreimbursed expenses in excess of amounts paid to Intrepid prepetition.

(b)     Intrepid is a boutique investment banking firm and has likely provided services unrelated to the Debtors for companies and individuals that have conducted business in the past and/or currently conduct business with the Debtors, and who may be creditors of the Debtors.  To the best of my knowledge, information, and belief, Intrepid's services to these parties were and are wholly unrelated to the Debtors, their estates, or these Chapter 11 Cases.

(c)     As part of its practice, Intrepid appears in numerous cases, proceedings and transactions involving many different professionals, some of which may represent claimants and parties in interest in the Debtors' Chapter 11 Cases.  Furthermore, Intrepid has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases.  Based on my current knowledge of the professionals involved, and to the best of my knowledge and information, none of these business relationships represents an interest materially adverse to the Debtors herein in matters upon which Intrepid is to be engaged.

(d)     Intrepid is a subsidiary of Intrepid Financial Partners, LLC ("**Parent**"). Through Parent, Intrepid has affiliate relationships with numerous direct and indirect affiliates of Parent that engage in investment management (collectively, the "**Affiliated Entities**").  However, none of the Affiliated Entities are being retained in connection with this engagement, and none of the professionals or employees of the Affiliated Entities will provide services to the Debtors in connection with this engagement.  Intrepid's business is and will continue to be operated in a legal entity separate from the Affiliated Entities.  Intrepid and the Affiliated Entities maintain strict compliance information barriers to ensure that (i) none of the professionals or employees of Intrepid providing services to the Debtors in connection with this engagement has discussed or will discuss the Debtors' cases with any professional or employee of the Affiliated Entities, and (ii) none of the professionals or employees of the Affiliated Entities will disclose any confidential or non-public information concerning any investment position or intention with respect to any consent, waiver, tender, or vote decision to any Intrepid professional or employee providing services to the Debtors in connection with this engagement.  Thus, there has not been and will not be any flow of information between the professionals or employees of Intrepid providing services to the Debtors in connection with this engagement and the Affiliated Entities with respect to any matter pertaining to the Debtors or these Chapter 11 Cases.  One or more of the Affiliated Entities may in the ordinary course from time to time hold or manage funds that hold investment positions in the Debtors and/or parties in interest in these Chapter 11 Cases; however, based on the business separation and compliance information barriers referred to above, the Affiliated Entities' business activities do not constitute a conflict of interest that would disqualify Intrepid from providing the services as described in the Engagement Letter.

(e)     Intrepid's information barriers consist of physical and electronic barriers that restrict the flow of information among employees and authorized personnel, including confidential information.  These barriers consist of, among other things, limiting access to physical files, shared drives or client information only to authorized personnel and policies against discussing confidential information with unauthorized personnel.

11

(f)     The robust policies and procedures described herein are reasonably designed to detect and prevent the misuse of inside information. These policies and procedures are subject to regulatory oversight and audit by the SEC and FINRA, internal compliance monitoring and internal audits. Among other things, employees are prohibited from trading securities while in possession of material non-public information and are subject to training and annual certification requirements regarding such policies and procedures.

29.     To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, Intrepid has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases. Intrepid will, however, continue to provide professional services to entities or persons that may be creditors or equity security holders of the Debtors or interested parties in these Chapter 11 Cases; *provided that* such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

30.     To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, no employee of Intrepid who will provide services to the Debtors in connection with this engagement holds debt of or equity interests in any of the Debtors, except as may be held through (i) managed accounts where a third-party has been delegated sole investment discretion and (ii) passive investment vehicles such as mutual funds.

31.     I am not related or connected to and, to the best of my knowledge, no other professional of Intrepid who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the Southern District of Texas or any employee in the Office of the United States Trustee for the Southern District of Texas.

32.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, none of Intrepid, I, nor any employee of Intrepid who will work on the engagement holds or represents any interest adverse to the Debtors or their estates, and Intrepid is a

"disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b), in that Intrepid and its professionals and employees who will work on the engagement:

    (a)     are not creditors, equity security holders, or insiders of the Debtors;

    (b)     were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

    (c)     do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

33.    If Intrepid discovers additional information that requires disclosure, Intrepid promptly will file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.

[*Signature Page to Follow*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated:  October 13, 2020
Houston, Texas

By:   /s/ *R Adam Miller*
_____
R Adam Miller
MANAGING DIRECTOR, HEAD OF
UPSTREAM
Intrepid Partners, LLC
1201 Louisiana Street, Suite 600
Houston, TX 77002

## Schedule 1

**Potential Parties in Interest**

*As of October 11, 2020*

## Schedule 1

### List of Potential Parties in Interest[1]

1. **Debtors and Affiliated Entities**

| | |
|---|---|
| Lonestar Resources US Inc. | Lonestar Operating, LLC |
| Lonestar Resources Intermediate Inc. | Poplar Energy, LLC |
| LNR America Inc. | Eagleford Gas, LLC |
| Lonestar Resources America Inc. | Eagleford Gas 2, LLC |
| Amadeus Petroleum Inc. | Eagleford Gas 3, LLC |
| Albany Services L.L.C. | Eagleford Gas 4, LLC |
| T-N-T Engineering Inc. | Eagleford Gas 5, LLC |
| Lonestar Resources, Inc. | Eagleford Gas 6, LLC |
| Eagleford Gas 8, LLC | Eagleford Gas 7, LLC |
| Eagleford Gas 10, LLC | Eagleford Gas 11, LLC |
| Lonestar BR Disposal LLC | La Salle Eagle Ford Gathering Line LLC |
| Boland Building, LLC | |

2. **Debtors' Previous Names and Previously Owned Entities**

| | |
|---|---|
| Texas International Energy Partners Inc. | Texas International Operating, LLC |
| Eagleford Gas 9, LLC | |

3. **Debtors' Restructuring and Other Significant Professionals**

| | |
|---|---|
| Latham & Watkins LLP | Intrepid Partners, LLC |
| AlixPartners LLP | Hunton Andrews Kurth LLP |
| Rothschild & Co. US Inc. | Prime Clerk LLC |

4. **Ordinary Professionals**

| | |
|---|---|
| BDO USA, LLP | K E Andrews & Company |
| Longnecker & Associates | Whitley Penn LLP |
| Gregory R. Packer | Harris Finley & Bogle, P.C. |
| Enertech Information Systems, Inc. | Tower Digital LLC |
| W D Von Gonten | Quorum Business Solutions |
| Childers, Hewett, Myers & Slagle | Duane Morris LLP |
| Freeman Mills PC | McElroy Sullivan Miller & Weber LLP |
| FTI Platt Sparks | Mark Andrews & Company, Inc. |
| Custer Resources and Associates LLC | Mazurek, Belden & Burke, PC |
| Simpson Thacher & Bartlett LLP | Moffitt & Associates, Inc. |
| East Fork Advisors | Watson Law Firm, LLP |

---

[1] This list (and the categories contained herein) are for purposes of a conflicts check and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

1

5.  **Prepetition Lenders (Including Current and Former Administrative Agents)**

Citibank, N.A.                                  Fifth Third Bank, National Association
ABN Amro Capital USA LLC                        Iberia Bank
Comerica Bank                                   Hancock Whitney Bank
Barclays Bank PLC                               OCM Energy Holdings, LLC
JPMorgan Chase Bank, N.A.                        Truist Bank


6.  **Hedge Counterparties**

ABN Amro Bank N.V.                              Fifth Third Financial Risk Solutions
Suntrust Bank                                   J.P. Morgan Ventures Energy Corporation

7.  **UCC Lien Parties**

Transtex, LLC                                   OOGC America LLC
Wells Fargo Bank, National Association          Grep Spider LLC

8.  **Letters of Credit Issuers**

Citi Bank, N.A. – Texas Railroad Commission


9.  **Noteholders (Including Current and Former Trustees)**

UMB Bank, N.A.                                  Hotchkis and Wiley Capital Management, LLC
FS Energy and Power Fund                        Loomis, Sayles & Company, L.P.
EIG Management Company, LLC                      David Matlin

10. **Counsel/Professionals to Secured Lenders**

Linklaters LLP                                  Opportune LLP
Bracewell LLP


11. **Counsel/Professionals to Unsecured Noteholders**

Stroock & Stroock & Lavan LLP                   Stephens Inc.
Cole Schotz, PC


12. **Current and Former Officers and Directors of Debtors and Affiliates**

Frank D. Bracken, III                           Randy L. Wolsey
Henry B. Ellis                                  John H. Murray
Daniel R. Lockwood                              Dr. Christopher Rowland
Phillip Z. Pace                                 Jason Werth
Matthew B. Ockwood                              Barry D. Schneider
Stephen H. Oglesby                              Jana Payne
John H. Pinkerton                               Tom H. Olle

13. **Significant Preferred and Common Equityholders**

Chambers Energy Management, LP                   Jefferies Financial Group Inc.

Cede & Co                                          Vitesse Management Company LLC
Sn Ur Holdings LLC
JETX Energy LLC

## 14.   Parties to Pending Litigation and Their Counsel

Jefferies, LLC
The Kassab Law Firm                                Giant Resources, LP
Uhl, Fitzsimons, Jewett, Burton, Wolff &           Brackett & Ellis
   Rangel, PLLC                                     Michael Gutierrez
Schwartz & Schwartz
Marcus F. Scwartz

## 15.   Utility Providers

Bryan Texas Utilities                              Waste Management
City of Flatonia                                   Charter Communications
City of Nordheim                                   AT&T Mobility
Fayette Electric Cooperative, Inc.                 Logix Fiber Networks
Gonzales County Water Supply                       Intermedia.net
Guadalupe Valley Electric Coop                     Nextlink Internet
Karnes Electric Cooperative, Inc.                  Dish
Medina Electric Cooperative, Inc.                  Intermedia.net Inc.
Rio Grande Electric                                RingCentral Inc.
Reliant Energy

## 16.   Insurance, Insurance Providers, and Issuers of Surety Bonds

Federal Insurance Co.                              Vigilant Insurance Co.
Evanston Insurance Co.                             StarStone Specialty Lines Insurance Co.
Travelers Property Casualty Co. of America         Travelers Casualty & Surety
Allied World Insurance Co.                         Argo Insurance Co.
AIG Insurance Co.                                  ACE American
Chubb Limited                                      Alliant Insurance Services Houston

## 17.   Major Benefits Administrators or Additional Third Party Administrators

BlueCross Blue Shield of Texas                     Fidelity Investments
Optum Bank                                         Chubb Group of Insurance Companies
Discovery Benefits                                 Sonic Boom
Dearborn National                                  Gus Bates Insurance and Investments

## 18.   Major Suppliers and Vendors[2]

C & J Spec-Rent Services, Inc.                     Marathon Oil Company
Patterson-Uti Drilling Company, LLC                BJ Services, LLC
Eagle Pipe, LLC                                    Pilot Thomas Logistics, LLC
GTI Energy Services, LLC                           Independence Contract Drilling, Inc.

---

[2] Major suppliers and vendors as used in this list refer to vendors who account for the top 80% of Lonestar's expenditure not captured in another category.

J D Rush Corporation
Tetra Production Testing Holding LLC
Dnow L.P.
Texan Rentals & Lease Services LLC
Stellar Drilling Fluids, LLC
National Oilwell Varco, Lp
Pioneer Coiled Tubing Services, LLC
United Vision Logistics
Sprint Energy Services, LLC
Baker Hughes, A Ge Company, LLC
Trend Services Inc.
LVMCR Ltd.
S-Con Services, Inc.
Charter Pipe, LLC
Unite Conferencing
Rodan Transport (USA), Ltd.
Smith International Inc.
Integrated Petroleum Technologies, Inc.
Crenshaw Enterprises LLC

Halcyon Equipment, LLC
Pyramid Tubular Products, LLC
Yellowjacket Oilfield Services, LLC
Texas Oilfield Transportation, Inc.
Wildhorse Resources Management Co., LLC
Down Hole Inspection, Inc.
Weatherford U.S., L.P.
Earthstone Operating, LLC
CWR Management LLC
Maverick Field Services, LLC
Ross Exploration, Inc.
Penn Virginia Oil & Gas LP
Bailey 600 Properties, Ltd.
Stevens Tanker Division, LLC
Pennpacific Onshore, LLC
Tll Construction Group, LLC
Pro Field Services, Inc.
Deep South Energy Services, LLC
R&B Answering Service

## 19.    <u>Significant Customers</u>

Ace Gathering Inc.
AXIS Marketing
Enterprise Crude Oil, LLC
Gulfmark Energy

NGL Crude Logistics
Shell Trading Company
Southcross Energy

## 20.    <u>Potential Unsecured Creditors (Including All Counterparties to Major Contracts)</u>

Schlumberger Technology Corporation
Premier Pipe, LLC
Independence Contract Drilling, Inc.
Precision Energy Services Inc.
Toro Oilfield Services, LLC
Redback Energy Coil Tubing, LLC
JACAM
Kodiak Gas Services, LLC
Supreme Production Services, Inc.
Tetra Production Testing Services
DHV Transport & Logistics LLC
Gravity Oilfield Services, LLC.
OSC Energy, LLC
River Rock Energy Inc.
A&D Services LLC
Emerald Surf Sciences, LLC
New Tech Global Environmental, LLC
Cameron - Surface Systems
WS Energy Services, LLC
US Ecology Energy Waste Disposal

Don-Nan Pump & Supply Co., Inc.
Southern Specialties Transportation
Rolfson Oil, LLC
2W Services LLC
3 S Services LLC
4 Warriors Hydro Excavating
4L Oilfield Services, LLC
5J Oilfield Services, LLC
7 Compression, LLC
A2D Technologies, Inc.
Accounting Principles
Acme Truck Line, Inc.
Alamo Oilfield Services, LLC
Alpha Machine & Repair
American Eagle Logistics
American Express
Arc Energy Equipment LLC
ARC Services, LLC
Archrock Services, LP
B&R Transportation, LLC

4

Bearkat Oilfield Services, LLC
Bell Supply Company
Bellows Operating Co., LLC
Blackwater SWD, LLC
Bloomberg Finance L.P.
Bold Production Services, LLC
Bosque Disposal Systems, LLC
Bradley D. Newman
Broadridge ICS
Bronco Oilfield Services
Buesing Production Service LLC
Bull's Eye Services LLC
Butch's Rat Hole and Anchor Service
Butch's Vacuum Service
C & M Burns Legacy Ranch, Ltd.
C&E Production, LLC
C&H Welding and Fabricating, Inc.
Cactus Equipment Rental, LLC
Calbri Energy
Calbri Logistics Oilfield Services,
Cameron - Process Systems
Cannon Oilfield Services, LLC
Canon Financial Services, Inc.
CGG Services (US) Inc.
Chemical Weed Control
Chesapeake Operating LLC
Cimarron Energy Inc.
Coastal Chemical Co., LLC
Cooper Supply, Inc. - CC
Costa Verde Resources, LLC
Cretic Energy Services, LLC
CSI Compressco LP
CTTV, LLC
Cypress Industries Oilfield Service
D & B Rental Services
Dan Arthur Hohmann
Daniel S Lester
Datasite LLC
Deepwell Energy Services, LLC
Desert NDT, LLC
DHW Well Service, Inc.
Diamond D&B Energy Services, LLC
Direct Oilfield Service, Inc.
Dominy-Grafe Holdings, LLC
Drilling Tools International, Inc.
drillinginfo, Inc.
Dynamic Environmental Services, LLC
Dynasty Enterprises, Inc.
Eagle Tubulars, LLC
Energy Fishing and Rental Services

Energy Weldfab, Inc.
EnergyLink Holdings, LLC
Enerpact LLC
Equinor Texas Onshore Properties LL
EVX Eagle Ford Partners, LLC
EVX Midstream Partners, LLC
Extreme Oilfield Rental Services LL
Fayette Electric Co-op
First A-1 Electric, Inc.
Flash Oilfield Services, LLC
Flow Control Equipment
Flying V Rentals, LLC
Fort Worth Operating Company, LLC
Fox Tank Company
Frank Surveying Co, Inc.
Frank's International
Gate Guard Services LP
Geonix, LP
Geo-Steering Solutions Inc.
GL Seaman & Company
Global Green United 3801 Inc.
Global Vessel and Tank, LLC
Gonzales County Water Supply Corp
GR Wireline, LP
GTO Construction, Inc.
Guadalupe Valley Electric Coop, Inc.
Gulf Coast Bank and Trust Co.
Halliburton Energy Services, Inc.
Hawkward Energy Operating, LLC
HC Carriers, LLC
Headwaters Group, Inc.
Heritage Marketing, LLC
Hines Family Liquids Trust
Hollingsworth Grain and Trucking
Hydroline, LLC
Hy-Point Energy, Inc.
IHS Global, Inc.
Independence Oil and Gas, LLC
Independence Oilfield Chemicals LLC
Innovex Downhole Solutions, Inc.
InstaNext Inc.
Intrepid Surveying Corporation
Jessie Hicks
Jet Specialty, Inc.
JK Protector Recovery Services, LLC
Joe E Casey, Jr.
John Kacergis
Johnathan Will Ruddock
Joshua Chase
JT Swabbing Services Inc.

5

June Carol Cramer
Karnes Electric Cooperative
Katelynn Nicole Leist
Keeton Services, Inc.
Kenergy Oilfield Solutions, LLC
Kingsley Constructors, Inc.
Knox Oil Field Supply, Inc.
Lampe Surveying, Inc.
Larry McHorse Services, LLC
Legacy Onshore, LLC.
Lino Lopez IV
Lufkin Industries, Inc.
DD Fluids, LLC
Stallion Oilfield Services
Twilight Services Inc.
Fesco, Ltd.
Integrated Petroleum Technologies, Inc.
New Tech Global Ventures, LLC
Wrangler Trucking LLC
NOV-National Oilwell Varco, L.P.
Petro Amigos Supply, Inc.
Liberty Lift Solutions, LLC
Multi-Stream Processing, LLC
Circle 8 Crane Services LLC
Pioneer Well Services, LLC
CB&F Construction LLC
Fluid Delivery Solutions, LLC
B & D Measurement
MRC Global (US) Inc.
JSA Safety & Consulting, Inc.
RailPros Field Services, Inc.
Ron Bridges Corporation
Drillwell LLC
Bedrock Petroleum Consultants, LLC
Basic Energy Services, LP
Freeman Mills PC
Luling Perforators, Inc.
Mar L Bar Corp
Mellinger Oilfield Trucking LLC
Merc Energy Services, LLC
Meritum Energy Holdings, LP
Merrill Corporation, LLC
Milestone Environmental Services, LLC
Miner & Sons
Mission Measurements LLC
MKS Services LLC
Moody's Investors Service, Inc.
Mooreaux Elite Trucking Ltd LLC
Motive Drilling Technologies, Inc.
Mo-Vac Service Company of Alice, Inc.

Mustang Extreme Environmental Services
National Oilwell DHT, LP
NexTier Completion Solutions Inc.
NGL Energy Partners, LP
Nitro Construction, LLC
Noil, LLC
O&G Rocks
Odessa Pumps and Equipment Inc.
OTA Compression LLC
P&L Testing, LLC
P.L.P.S., Inc.
Paisano Service & Supply Inc.
Patterson Services, Inc.
Peak Completion Technologies, Inc.
Penn Transport, LLC
Penn Virginia Oil & Gas, LP
Petrosmith Equipment, LP
Pioneer Wireline Services, LLC
PNC Bank
Prams Plus LLC
Premier Vacuum Services, Inc.
Premium Connection Services, Inc.
Pruitt's Frac Tank, LLC
Pumps + Pump & Valve Repair
Quadra Chemicals Inc.
Quorum Business Solutions, Inc.
R & B Answering Service
R.P.M. Swabbing Service
Rathole Drilling, Inc.
Recoil Resources
Refinery Specialties, Inc.
Regard Resources Co, Inc.
Republic Services, LLC
RETA P HINES
Riata Oilfield Security
Richard's Lease Service, Inc.
RioTex Swabbing Inc.
Rocking W Energy Services
Rod and Tubing Services, LLC
Rogii Inc.
Ronald Keith Kamper
Roywell LLC
RWLS LLC
Sabine Rentals
Scadaflow
Schmidt & Sons, Inc.
Schmidt Land Services, Inc.
Scientific Drilling International
Scope Management Solutions, Ltd.
Seitel Data, Ltd.

6

Select Energy Services, LLC
Sequel Data Systems, Inc.
Sheren Ann Hohmann-Stehling
Solansky Welding & Pump Inc.
Solium Capital LLC
Sooner Pipe, LLC
South Texas Oilfield Solutions, LLC
Southern Specialties Transportation LLC
Southwest Energy, LP
Spirit Global Energy Solutions, Inc.
SPL, Inc.
Stabil Drill
Stac Services LLC
Stockyards Energy Land Services LLC
Strata Control Services, Inc.
Stratagraph, Inc.
Strox Systems, LLC
STX Process Equipment LLC
Summit Casing Equipment
Sunbelt Rentals Industrial Services, Inc.
Superior Performance Inc.
Supreme Services & Specialty Co.
Tasco Tool Service, Ltd.
TDW (US), Inc.
Team 3 Rentals & Service
TetraTechnologies-Swiftwater Energy
Texas Commission on Environmental
Texas Energy Services, LLC
Texas Excavation Safety System, Inc.
Texas Fabco Solutions, Inc.
Texas Pipe & Supply Company
Texas Pride Hot Shot Service, LLC
Texas ReExcavation, LC

Texas T Oilfield Services
The Nasdaq Stock Market, LLC
Theta Oilfield Services, Inc.
Thomas E. Lester
Thunderbird Field Services, LLC
Tierra Lease Service, LLC
Tiger Industrial Rentals LLC
Tiger Industries, Inc.
Timekeepers, Inc.
Titan Liner, Inc.
TNT Crane & Rigging, Inc.
Tornado Combustion Technologies Inc.
Trane U.S. Inc.
Tri Element Inc.
Tri-State Vacuum & Rental, LLC
Trisun Energy Services, LLC
Tucker Energy Solutions, LLC
TXAM Pumps
Ulterra Drilling Technologies, L.P.
Voyager Energy Services, LLC
W.D. Von Gonten & Co.
Warrior Supply, Inc.
Weatherford Artifical Lift Systems
Weatherford U.S. Holdings, LLC
Weeks Environmental LLC
Wellbore Integrity Solutions LLC
Wiley Lease Co., Ltd.
William Miner & Sons Inc.
Wisdom Pumps
WM Energy Services Holdings, LLC
Workiva Inc.
XTO Energy Inc.

## 21.    <u>Taxing and Other Significant Governmental Authorities</u>

IRS Department of Treasury
Delaware Division of Revenue
Comptroller of Public Accounts
Texas Department of Revenue
Brazos County Tax Office
Cotulla ISD Tax Office
Deewitt County Tax A/C
Dimmit County Tax Office
Tarrant County Tax Assessor-Collector
Atascosa County Tax Office
La Salle County Tax Office
Lavaca County
Robertson County Tax A/C

Wilson County Tax A/C
Fayette County Appraisal District
Frio County Appraisal District
Gonzales County Tax A/C
Karnes County Tax A/C
Karnes City ISD Tax Office
Delaware Secretary of State
Reeves County Appraisal District


Stephens County, Texas
Harris County
Orange County
Washington County

*As of October 11, 2020*

**22.      United States Bankruptcy Judges in the Southern District of Texas**

The Honorable Christopher M. Lopez                    The Honorable Jeffrey P. Norman
The Honorable David R. Jones, Chief Judge             The Honorable Marvin Isgur
The Honorable Eduardo V. Rodriguez

**23.      Staff for The Honorable David R. Jones and The Honorable Marvin Isgur**

Albert Alonzo                                         James McIntyre
Cameron Kelly                                         LinhThu Do
Elizabeth Miller                                      Tyler Laws
Jeannie Andresen                                      Vriana Portillo

**24.      United States Trustee for the Southern District of Texas (and Key Staff Members)**

Barbara Griffin                                       Henry G. Hobbs, Jr.
Christy Simmons                                       Linda Motton
Clarissa Waxton                                       Luci Johnson-Davis
Glenn Otto                                            Patricia Schmidt
Gwen Smith

**25.      Attorneys for the United States Trustee's Office for the Southern District of Texas**

Alicia McCullar                                       Jayson B. Ruff
Hector Duran                                          Stephen Statham
Jacqueline Boykin

**26.      Clerk of Court and Deputy for the Southern District of Texas**

David J. Bradley                                      Darlene Hansen

**27.      Other Parties**

Clark Hill Strasburger                                Vector Seismic Data Processing Inc.
Linebarger Goggan Blair & Sampson, LLP                Gieger, Laborde & Laperouse, L.L.C.
Ford Motor Credit Company LLC                         TGS-NOPEC Geophysical Company
Devlin, Naylor & Turbyfill, P.L.L.C.                  A2D Technologies, Inc.
McCreary, Veselka, Bragg & Allen, P.C.                Okin Adams LLP
Leucadia National Corporation                         Anderson Lehrman Barre & Maraist LLP
Juneau Energy, LLC                                    Camino Real Gathering Company, L.L.C.
Office of the Attorney General of Texas               Law Office of Patricia Williams Prewitt

## Schedule 2

**Relationships with Potential Parties in Interest**

**Lonestar Resources ("Lonestar")**                    **Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
| A2D Technologies, Inc.<br>TGS-NOPEC Geophysical Company | A2D Technologies, Inc.<br>TGS Geological Products and Services | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |
| ABN AMRO Capital USA LLC | ABN AMRO | Intrepid Partners was involved in a transaction(s) unrelated to Lonestar in which ABN AMRO was a participant. |
| AlixPartners, LLP | AlixPartners, LLP | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| American Express | American Express | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |
| Archrock Services, LP | Archrock, Inc | Intrepid Partners was involved in a transaction(s) unrelated to Lonestar in which Archrock was a participant. |
| Baker Hughes, A Ge Company, LLC | Baker Hughes, a GE Company, LLC | Intrepid Partners previously advised an ad hoc creditors committee on matters unrelated to Lonestar where Baker Hughes was a member.<br><br>Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Barclays Bank PLC | Barclays | Intrepid Partners was involved in a transaction(s) unrelated to Lonestar in which Barclays was a participant. |
| Basic Energy Services, LP | Basic Energy Services | Client pitches by Intrepid Partners on matters unrelated to Lonestar |
| Bloomberg Finance L.P. | Bloomberg | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |

---

[1] Intrepid has limited its search to the Parties in Interest provided by counsel to Lonestar Resources, subsidiaries or parent companies of Parties in Interest have not been searched unless specifically noted.

**Lonestar Resources ("Lonestar")**            **Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
| | | |
| Bold Production Services, LLC | Bold Production Services | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Chambers Energy Management, LP<br>Matthew B. Ockwood<br>Phillip Z. Pace | Chambers Energy Management | Intrepid Partners was involved in a transaction(s) previously related to Lonestar where Chambers Energy Management was a participant.<br><br>Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Chesapeake Operating LLC<br>Wildhorse Resources Management Co., LLC | Chesapeake Energy Corporation | Current client of Intrepid Partners on matters unrelated to Lonestar.<br><br>Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Citibank, N.A. | Citigroup, Citi | Intrepid Partners is and was currently involved in a transaction(s) unrelated to Lonestar where Citi is and was a participant. |
| Comerica Bank | Comerica | Intrepid Partners was involved in a transaction(s) unrelated to Lonestar in which Comerica was a participant. |
| CSI Compressco LP | CSI Compressco | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| C & J Spec-Rent Services, Inc. | C & J Energy Services, Inc. | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Datasite LLC | Datasite | Current vendor of Intrepid Partners. |
| drillinginfo, Inc. | drillinginfo, Inc. | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |

**Lonestar Resources ("Lonestar")**          **Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
| Earthstone Operating, LLC | Earthstone Energy | Former Intrepid Partners client on matters unrelated to Lonestar. Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| EIG Management Company, LLC | EIG Management Company | Former Intrepid Partners client on matters unrelated to Lonestar. |
| Equinor Texas Onshore Properties LL | Equinor | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| EVX Eagle Ford Partners, LLC EVX Midstream Partners, LLC | EVX Midstream Partners | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Fidelity Investments | Fidelity | Intrepid Partners is currently involved in a transaction(s) unrelated to Lonestar in which Fidelity is a participant. Current vendor of Intrepid Partners. |
| FS Energy and Power Fund | FS Energy and Power Fund | Intrepid Partners previously advised an ad hoc creditors committee on matters unrelated to Lonestar where FS Energy and Power Fund was a member. |
| Halliburton Energy Services, Inc. | Halliburton | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| IHS Global, Inc. | IHS Global, Inc. | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |
| Independence Contract Drilling, Inc | Independence Contract Drilling | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Independence Oil and Gas, LLC | Indepence Oil and Gas | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |

**Lonestar Resources ("Lonestar")**          **Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
| Jefferies, LLC<br>Leucadia National Corporation<br>Jetx Energy LLC<br>Juneau Energy, LLC | Jefferies LLC | Intrepid Partners is and was involved in a transaction(s) unrelated to Lonestar where Jefferies is and was a participant.<br><br>Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| John H. Pinkerton | Encino Energy | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| JPMorgan Chase Bank, N.A. | JP Morgan, J.P. Morgan Securities LLC | Intrepid Partners is currently and was involved in a transaction(s) unrelated to Lonestar in which JP Morgan is and was a participant.<br><br>Intrepid Partners previously advised an ad hoc creditors committee on matters unrelated to Lonestar where JP Morgan was a member. |
| Kodiak Gas Services, LLC | Kodiak Gas Services | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Latham & Watkins LLP | Latham & Watkins | Intrepid Partners is currently involved in a transaction(s) unrelated to Lonestar in which Latham & Watkins is a participant. |
| Marathon Oil Company | Marathon Oil Co. | Client pitches by Intrepid Partners on matters unrelated to Lonestar |
| Merrill Corporation, LLC | Merrill Corporation | Current vendor of Intrepid Partners. |
| Moody's Investors Service, Inc. | Moody's | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |

**Lonestar Resources ("Lonestar")**  **Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
| National Oilwell DHT, LP<br>National Oilwell Varco, Lp | National Oilwell Varco | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| NGL Crude Logistics<br>NGL Energy Partners, LP | NGL Energy Partners, LP | Former Intrepid Partners client on matters unrelated to Lonestar.<br><br>Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Opportune LLP | Opportune LLP | Intrepid Partners is currently involved in a transaction(s) unrelated to Lonestar in which Opportune is a participant. |
| Patterson Services, Inc.<br>Patterson-Uti Drilling Company, LLC | Patterson UTI | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| PENN VIRGINIA OIL & GAS, LP | Penn Virginia | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Pioneer Coiled Tubing Services, LLC<br>Pioneer Well Services, LLC<br>Pioneer Wireline Services, LLC | Pioneer Energy Services | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| PNC Bank | PNC Capital Markets LLC | Intrepid Partners was involved in a transaction(s) unrelated to Lonestar where PNC Bank was a participant. |
| Precision Energy Services Inc | Weatherford | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Recoil Resources | Recoil Resources | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Sn Ur Holdings LLC | Sanchez Energy Corp | Former Intrepid Partners client on matters unrelated to Lonestar.<br><br>Client pitches by Intrepid Partners on matters |

**Lonestar Resources ("Lonestar")**          **Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
|  |  | unrelated to Lonestar. |
| Schlumberger Technology Corporation | Schlumberger | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Select Energy Services, LLC | Select Energy Services | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Shell Trading Company | Royal Dutch Shell | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Simpson Thacher & Bartlett LLP | Simpson Thacher & Bartlett LLP | Vendor of Intrepid Financial Partners, Intrepid Partners' parent company. |
| Southcross Energy | Southcross Energy Partners | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| SPL | SPL | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Stallion Oilfield Services | Stallion Oilfield Services | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Stroock & Stroock & Lavan, LLP | Stroock & Stroock & Lavan, LLP | Intrepid Partners is currently involved in a transaction(s) unrelated to Lonestar in which Stroock is a participant. |
| Suntrust Bank | Suntrust Robinson Humphrey | Intrepid Partners was involved in a transaction(s) unrelated to Lonestar in which Suntrust was a participant. |
| TDW (US), Inc. | TDW | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| Tetra Production Testing Holding LLC Tetra Production Testing Services TetraTechnologies-Swiftwater Energy | Tetra Technologies | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |

**Lonestar Resources ("Lonestar")**　　　　**Source: Interested Party List: 10/11/20**

| Party in Interest[1] | Entity with which Intrepid Partners, LLC ("Intrepid Partners") has a Connection | Nature of Connection |
|---|---|---|
| Vitesse Management Company LLC | Vitesse Energy LLC | Former Intrepid Partners client on matters unrelated to Lonestar.<br><br>Client pitches by Intrepid Partners on matters unrelated to Lonestar. |
| W D Von Gonten | W D Von Gonten | Former vendor of Intrepid Partners. |
| Weatherford Artifical Lift Systems Weatherford U.S., L.P | Weatherford | Client pitches by Intrepid Partners on matters unrelated to Lonestar. |